

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
MELINDA BREWER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melinda.Brewer@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-mj-00124-BNW |
| Plaintiff, | SEALED CRIMINAL COMPLAINT |
| vs. | VIOLATIONS: |
| DANIEL MICHAEL VARELLA, | 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2) – Possession of Child Pornography |
| Defendant. | |
| | 18 U.S.C. §§ 2252A(a)(2) and (b)(1) – Receipt and Distribution of Child Pornography |

BEFORE the Honorable Brenda Weksler, United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

### COUNT ONE
Possession of Child Pornography
18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)

Beginning on or about December 19, 2024, and continuing up to and including on or

about March 20, 2025, in the State and Federal District of Nevada,

DANIEL MICHAEL VARELLA

the defendant herein, did knowingly possess a book, magazine, periodical, film, videotape, computer disk, and other material, namely a Samsung SM-S711U cell phone and a Samsung SM-G970U cell phone, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), including but not limited to visual depictions of real minors, prepubescent minors and minors who had not attained twelve years of age, engaged in sexually explicit conduct, and that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by a means that included by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by a means that included by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**COUNT TWO**
Receipt and Distribution of Child Pornography
18 U.S.C. §§ 2252A(a)(2) and (b)(1)

Beginning on or about January 13, 2025, and continuing through March 20, 2025, in the State and Federal District of Nevada,

DANIEL MICHAEL VARELLA,

defendant herein, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), and material containing child pornography, that had been mailed, shipped and transported in and affecting interstate and foreign commerce by a means that included by computer, and that had been shipped and transported using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## PROBABLE CAUSE AFFIDAVIT

1. I, Adam Harris, am a member of the Federal Bureau of Investigation (FBI) Child Exploitation Task Force as a sworn Task Force Officer (TFO) and a member of the Nevada Internet Crimes Against Children Task Force. I have been employed as a law enforcement officer with the Sparks Police Department for approximately 19 years, and I am currently assigned to the Northern Nevada Cyber Center as a Detective. I currently investigate Internet-based crimes against children, child sexual exploitation, and other felony crimes involving the use of technology. I have received training in excess of 900 hours in the investigation of internet crimes against children, child sexual exploitation, computer and mobile device forensics. I have been actively investigating such cases for the past six years.

2. This Affidavit is made in support of a complaint charging DANIEL MICHAEL VARELLA with a violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2), which makes it illegal to knowingly possess child pornography, and a violation of Title 18, U.S.C. §§ 2252A(a)(2) and (b)(1), which makes it illegal to knowingly distribute child pornography or any material containing child pornography

3. The statements contained in this Affidavit are based upon my experience and background as a Detective with the Sparks Police Department and a Task Force Officer with the FBI. The following facts come from my personal observations, my training and experience, and information obtained from other law enforcement agents. I have not included every fact known to me concerning this investigation. I have set forth only the facts sufficient to establish a finding of probable cause.

**FACTS ESTABLISHING PROBABLE CAUSE**

4.  From December 19, 2024 through January 14, 2025, the National Center for Missing and Exploited Children (NCMEC) received a total of four (4) Cyber Tips from Synchronoss Technologies, Inc., an electronic communications and cloud service provider for Verizon reporting a total of five files containing reported Child Sexual Abuse Material (CSAM) which had been uploaded to Synchronoss Technologies by a Verizon number of 775-213-3056.

5.  I reviewed the reported files uploaded to Synchronoss Technologies by Verizon phone number 775-213-3056 and found the classification to be accurate of the CSAM files. Below are examples of those files:

    a.  Filename:

        d82f537bdfa44a60aebba008f4addc80_9746a201ad835c996f63a8d13476

        3cc8afd9ccb44e87b4d6f38dca47130dd627

        MD5 Hash:   303184b2a7f39b0610978d54d463396f

        Description: This is a picture of a female child, approximately 8 to 12 years of age. The child is kneeling in front of a fully nude adult male with an erect penis. This child is holding the penis with her left hand and is licking the tip of his penis with her tongue.

    b.  Filename:

        d82f537bdfa44a60aebba008f4addc80_987e55997e4a75f3f3ac6598a1a62d3

        25d1a431795eccaabf276d8b61b86b4a2

        MD5 Hash:   fb3f13a0920b590ffc20914fc9f569c8

    Description: This picture of a child, approximately one to four years of age, kneeling down on a bed and nude from the waist down. An adult male is seen inserting his fully erect penis into the child's anus.

6. On February 4, 2025, an administrative subpoena was served on Verizon Wireless for subscriber information for phone number 775-213-3056. Verizon Wireless responded to the subpoena with the following subscriber information:

    Phone Number: 775-213-3056

    Account Number: 773524169-1

    Last Name: Varella

    First Name: Daniel

    Address: 318 18th St., Sparks, NV 89431

    Contact Last Name: Varella

    Contact First Name: Daniel

    Home Phone: 775-423-8686

    Contact Address Line 1: 318 18th St., Sparks, NV 89431

    Effective Date: February 15, 2019

    Email Address: varellad@gmail.com

7. I searched local police records and located a Daniel Varella with his date of birth and an address in Fallon, Nevada. I located Daniel Varella in Nevada DMV records and his current Nevada driver's license shows the same address in Fallon, Nevada.

8. In April 2025, I obtained a search warrant for the Synchronoss Account identified by email "varellad@gmail.com" and phone number "775-213-3056." The search warrant results included nine (9) videos listed as CSAM files, along with the listed mobile

device that uploaded the child pornography to the Synchronoss Account as a Samsung SM-S711U cell phone.

9. During my investigation into these Cyber Tips from Synchronoss, I discovered a Kik username of "varellad209" in the records. In searching NCMEC records, there were two (2) Cyber Tips from MediaLab/Kik which had the suspect email address listed varellad209@gmail.com. The e-mail address was listed for two different Subject accounts.

10. SUBJECT ACCOUNT 1 was:

    Home Email Address: varellad209@gmail.com

    Screen/User Name: sexfreackdanny

    Display Name: Danny Varella

    ESP User ID: sexfreackdanny_ldu

11. According to a Cyber Tip, SUBJECT ACCOUNT 1 sent seven (7) files suspected of being child sexual abuse material (CSAM) to another user via private chat between January 13, 2025 and January 21, 2025. Kik listed the device used to register the account as a Samsung SM-G970U. Below is an example of those files:

    a. Filename: 1fbd0859-e756-4484-8c90-178fa560e333.mp4

       MD5 Hash: ba2c3f62ee24faff324449049207b910

       Upload Date/Time: 01-21-2025 06:18:18 UTC

       Description: This is a 1-minute video that shows a fully nude female child, approximately 2 to 4 years of age. An adult male with a fully erect penis is seen inserting his penis in the child's vagina throughout the video.

12. SUBJECT ACCOUNT 2 was:

    Home Email Address: varellad209@gmail.com

    Screen/User Name: fordf150danny

    Display Name: fordf150danny

    ESP User ID: fordf150danny_3gf

  13. According to a Cyber Tip, SUBJECT ACCOUNT 2 sent seven (7) files suspected of being child sexual abuse material (CSAM) to another user via private chat between March 18, 2025 and March 20, 2025.

  14. Below is an example of those files:

   a. Filename: 950da1f9-6960-4dc0-86a3-157b3429d815.mp4

    MD5 Hash: 0e2e7a90cfd090e857a43b5f0f5c7ccf

    Upload Date/Time: 03-18-2025 19:01:18 UTC

    Description: This is a 44 second video that depicts a female child, approximately 6 to 10 years of age, nude from the waist down. The female child is seen inserting her fingers into her vagina throughout the video.

  15. Subscriber information was provided by Kik, including IP logins to the account for SUBJECT ACCOUNT 2. The IP address is for a location in Fallon, NV. A search of police databases showed that Daniel Varella is associated with this address through a registered vehicle.

  16. I obtained a search warrant for the MediaLab/Kik accounts for both subject accounts. I received the records from MediaLab/Kik which included numerous photographs of Daniel Varella that appeared to be taken by himself as "selfies."

  17. I located a large number of conversations between user fordf150danny (SUBJECT ACCOUNT 2) and other users, where fordf150danny identified himself as a 45-year-old male from Nevada. I located the same type of messages between user sexfreakdanny (SUBJECT ACCOUNT 1) and other users.

1  18. For Kik account "fordf150danny" I classified 8 files (7 videos and 1 photograph) as being child pornography. For Kik account "sexfreakdanny" I classified 6 files (5 videos and 1 photographs) as being child pornography. The following is an example of the child pornography files located in both accounts.

Filename: 950da1f9-6960-4dc0-86a3-157b3429d815.mp4

SHA1 Hash: 802E9EBE3863FC412F072805DB1526DE3332CC20

Date/Time Sent: 3/18/2025 19:01:18

Description: This is a 44 second video that shows a female, approximately 8 to 12 years of age who is nude from the waist down. She is lying on a bed, with her legs spread and is seen rubbing her vagina with her left hand and inserting her fingers into her vagina.

19. On January 27, 2026, I conducted a site survey at Daniel Varella's suspected residence in Fallon, NV. I used my Fluke Networks Wi-Fi scanner to search for any unsecured wireless networks; however, I did not locate any. While conducting the site survey, I observed Daniel Varella drive to his mailbox in a newer dark gray Toyota SUV.

20. On January 27, 2026, I met with a Detective Sargent with the Churchill County Sheriff's Office. The Sargent confirmed that Daniel Varella resides at that residence and stated the Sherrif's Office has had several interactions with Daniel Varella, including a traffic accident on January 15, 2026, where Daniel Varella was driving a Ford F150 pickup truck.

///

///

///

///

21. Based on the foregoing facts and information, I submit that there is probable cause to believe that DANIEL MICHAEL VARELLA, did commit violations of 18 U.S.C. §§ 2252(a)(4)(B) and 2252A(a)(5)(B), possession of child pornography, and 18 U.S.C. §§ 2252(a)(2) and 2252A(a)(2), receipt and distribution of child pornography.

Respectfully Submitted,

Adam Harris
Task Force Officer
Internet Crimes Against Children
Federal Bureau of Investigation
and Explosives

Subscribed and attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means before me on this 23rd day of February, 2026.

_____
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

9